AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| FORMAL ENTERTAINMENT LLC, a Delaware Corporation,<br><br>*Plaintiff(s)*<br>v.<br>ZAIN JAVADD MALIK p/k/a ZAYN, an individual; (See attachment #1)<br><br>*Defendant(s)* | Civil Action No.  2:23-CV-07888 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ZAIN JAVADD MALIK p/k/a ZAYN, an individual,
c/o UNIVERSAL MUSIC GROUP AKA UMG COMMERCIAL SERVICES, INC., UMG RECORDINGS, INC., AND UMG RECORDINGS SERVICES, INC., DBA MERCURY RECORDS
2220 COLORADO AVE
SANTA MONICA, CA 90404
(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eduardo Martorell, SBN 240027
Martorell Law APC
6100 Center Drive, Ste. 1130
Los Angeles, California 90045

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Jordan M. Zim, State Bar No. 332757
JZim@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for Plaintiff,
FORMAL ENTERTAINMENT LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMAL ENTERTAINMENT LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZAIN JAVADD MALIK p/k/a ZAYN, an individual; DAVID DEBRANDON BROWN p/k/a LUCKY DAYE, an individual; DUSTIN ADRIAN BOWIE p/k/a DAB, an individual; MICHAEL LAVELL MCGREGOR, an individual; COLE ALAN CITRENBAUM, an individual; PHILIP VON BOCH SCULLY, an individual; SONY MUSIC ENTERTAINMENT, a Delaware General Partnership; and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:23-CV-07888<br><br>**COMPLAINT FOR:**<br><br>**DIRECT, CONTRIBUTORY AND VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

COMPLAINT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*FORMAL ENTERTAINMENT LLC v. ZAIN JAVADD MALIK p/k/a ZAYN, et al.*
2:23-CV-07888

## ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

ZAIN JAVADD MALIK p/k/a ZAYN
c/o UNIVERSAL MUSIC GROUP AKA UMG COMMERCIAL SERVICES, INC.,
UMG RECORDINGS, INC., AND UMG RECORDINGS SERVICES, INC., DBA
MERCURY RECORDS
2220 COLORADO AVE
SANTA MONICA, CA 90404

DAVID DEBRANDON BROWN p/k/a LUCKY DAYE
17645 PALORA ST
ENCINO, CA 91316

DUSTIN ADRIAN BOWIE p/k/a DAB
902 BOLTON RD NW APT A7
ATLANTA, GA 30331-1337

MICHAEL LAVELL MCGREGOR
5177 W 134TH PL
HAWTHORNE, CA 90250

COLE A CITRENBAUM
2309 S HALM AVE APT 4
LOS ANGELES, CA 90034

PHILIP VON BOCH SCULLY
741 N GRAMERCY PL
LOS ANGELES, CA 90038

1

2

SONY MUSIC ENTERTAINMENT
c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808