1  Peter Anderson, Esq. (Cal. Bar No. 88891)
       peteranderson@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
3  Los Angeles, California  90017-2566
   Telephone: (213) 633-6800
4  Fax: (213) 633-6899

5  Attorneys for Defendants
   PHILIP VON BOCH SCULLY,
6  MICHAEL LAVELL MCGREGOR, and
   SONY MUSIC ENTERTAINMENT
7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10                       **WESTERN DIVISION**

11  FORMAL ENTERTAINMENT LLC, a ) Case No. 2:23-cv-7888 CMB (SKx)
    Delaware Corporation,        )
12                               )
                     Plaintiff,  ) STIPULATION TO ORDER *RE*
13                               ) PLAINTIFF'S FILING OF FIRST
         vs.                     ) AMENDED COMPLAINT
14                               )
    ZAIN JAVADD MALIK p/k/a ZAYN,)
15  an individual; DAVID DEBRANDON )    [*Proposed*] Order
    BROWN p/k/a LUCKY DAYE, an   )      Submitted Herewith
16  individual; DUSTIN ADRIAN BOWIE )
    p/k/a DAB, an individual; MICHAEL )
17  LAVELL MCGREGOR, an individual; )
    COLE ALAN CITRENBAUM, an     )
18  individual; PHILIP VON BOCH  )
    SCULLY, an individual; SONY MUSIC )
19  ENTERTAINMENT, a Delaware    )
    General Partnership; and DOES 1 )
20  through 100,                 )
                                 )
21                   Defendants. )
                                 )
22                               )

## **STIPULATION**

This Stipulation is entered into by and between plaintiff Formal Entertainment LLC ("Plaintiff"), on the one hand, and defendants Philip Von Boch Scully, Michael Lavell McGregor, and Sony Music Entertainment ("Defendants"), on the other hand (collectively, for convenience, "the Parties"), by and through their respective counsel of record, with respect to the following:

1. This is an action for alleged copyright infringement.

2. Pursuant to this Court's Local Rule 8-3 and the Parties' Stipulations filed with the Court (Docs. 11 and 12), the time for Defendants to respond to the Complaint has been extended to November 23, 2023, and, because that and the next day are holidays, November 27, 2023.

3. Counsel for the Parties have conferred pursuant to Local Rule 7-3 regarding Defendants' contemplated motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). After conferring, Plaintiff has agreed to file an amended complaint, and, given the upcoming holidays and the commitments of counsel in other matters, counsel for the Parties respectfully request that Plaintiff have until December 11, 2023, to file a first amended complaint and that Sony Music Publishing have twenty-one days to respond to it.

**NOW, THEREFORE,** the Parties respectfully request that the Court enter the accompanying proposed Order that Plaintiff shall file a first amended complaint on or before December 11, 2023, that Defendants shall have twenty-one days to respond to

///
///
///
///
///
///
///

1

that first amended complaint, and that in the meantime no response need be filed to Plaintiff's initial Complaint.

<b><u>SO STIPULATED</u></b>

Dated: November 21, 2023

/s/ Jordan M. Zim<br>
Eduardo Martorell, Esq.<br>
Jordan M. Zim, Esq.<br>
MARTORELL LAW APC<br>
Attorneys for Plaintiff<br>
FORMAL ENTERTAINMENT LLC

Dated: November 21, 2023

/s/ Peter Anderson<br>
Peter Anderson, Esq.<br>
DAVIS WRIGHT TREMAINE LLP<br>
Attorneys for Defendants<br>
PHILIP VON BOCH SCULLY,<br>
MICHAEL LAVELL MCGREGOR, and<br>
SONY MUSIC ENTERTAINMENT

<b><u>Attestation Regarding Signatures</u></b>

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: November 21, 2023

/s/ Peter Anderson<br>
Peter Anderson, Esq.

2