1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FORMAL ENTERTAINMENT LLC, a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ZAIN JAVADD MALIK p/k/a ZAYN, an individual; DAVID DEBRANDON BROWN p/k/a LUCKY DAYE, an individual; DUSTIN ADRIAN BOWIE p/k/a DAB, an individual; MICHAEL LAVELL MCGREGOR, an individual; COLE ALAN CITRENBAUM, an individual; PHILIP VON BOCH SCULLY, an individual; SONY MUSIC ENTERTAINMENT, a Delaware General Partnership; and DOES 1 through 100,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-7888 CBM (SKx)<br><br>ORDER *RE* PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT [13] |

# ORDER

The Court having received and considered the Stipulation of plaintiff Formal Entertainment LLC ("Plaintiff") and defendants Philip Von Boch Scully, Michael Lavell McGregor, and Sony Music Entertainment ("Defendants"), and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff shall file a first amended complaint on or before December 11, 2023;

2. Defendants shall have twenty-one days to respond to Plaintiff's first amended complaint; and

3. In the meantime no response need be filed to Plaintiff's initial Complaint.

Dated: NOVEMBER 27, 2023

_____
Hon. Consuelo B. Marshall
United States District Judge