UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 23-7888-CBM(SKx)** | Date | APRIL 30, 2024 |
|---|---|---|---|
| Title | Formal Entertainment LLC v. Zain Javadd Malik et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eduardo Mortorell | Peter J. Anderson |
| | Zoe McKinney |

**Proceedings:**   MOTION TO DISMISS AND STRIKE [22]

The case is called and counsel state their appearances.  The Court and counsel confer.

Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties

__: 22