Peter Anderson, Esq. (Cal. Bar No. 88891)
  peteranderson@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
  ericlamm@dwt.com
Alex Cadena, Esq. (Cal. Bar No. 352442)
  alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
PHILIP VON BOCH SCULLY,
MICHAEL LAVELL MCGREGOR,
DUSTIN ADRIAN BOWIE,
DAVID DEBRANDON BROWN,
COLE ALAN CITRENBAUM,
ZAIN JAVADD MALIK, and
SONY MUSIC ENTERTAINMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FORMAL ENTERTAINMENT LLC, *etc.*,<br><br>Plaintiff,<br><br>vs.<br><br>ZAIN JAVADD MALIK *etc.*, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-7888 CBM (SKx)<br><br>DEFENDANTS' NOTICE OF RECENT RELEVANT NINTH CIRCUIT OPINION<br><br>Date: January 13, 2026<br>Time: 10:00 a.m.<br><br>Courtroom of the Honorable Consuelo B. Marshall<br>United States District Judge |

**NOTICE OF RECENT RELEVANT OPINION**

Defendants respectfully submit this Notice to advise the Court of the Ninth Circuit's recent decision for publication, <u>Yonay v. Paramount Pictures Corp._, __F.4th ___, No. 24-2897, 2026 WL 17168 (9th Cir. Jan. 2, 2026)</u> (affirming grant of motion for summary judgment for plaintiff's failure to satisfy extrinsic test, despite dueling expert reports).  A copy of the Court of Appeals' Opinion accompanies this Notice.

Dated: January 5, 2026

/s/ Peter Anderson
Peter Anderson, Esq.
Eric H. Lamm, Esq.
Alex Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants