Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
    ericlamm@dwt.com
Alex Cadena, Esq. (Cal Bar No. 352442)
    alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
PHILIP VON BOCH SCULLY,
MICHAEL LAVELL MCGREGOR,
DAVID DEBRANDON BROWN,
COLE ALAN CITRENBAUM,
ZAIN JAVADD MALIK, and
SONY MUSIC ENTERTAINMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FORMAL ENTERTAINMENT LLC, *etc.*, | ) Case No. 2:23-cv-7888 CBM (SKx) ) |
| Plaintiff, | ) ) STIPULATION TO ORDER |
| vs. | ) CONTINUING HEARING ON ) DEFENDANTS' MOTION FOR |
| ZAIN JAVADD MALIK *etc.*, *et al.*, | ) SUMMARY JUDGMENT, TO PERMIT ) RENEWED SETTLEMENT |
| Defendants. | ) DISCUSSIONS ) ) |
| | ) [*Proposed*] Order ) Submitted Herewith |

## **STIPULATION**

This Stipulation is entered into by and between plaintiff Formal Entertainment LLC ("Plaintiff"), on the one hand, and defendants Philip Von Boch Scully, Michael Lavell McGregor, David Debrandon Brown, Cole Alan Citrenbaum, Zain Javadd Malik, and Sony Music Entertainment ("Defendants"), on the other hand (collectively, the "Parties"), by and through their respective counsel of record, with respect to the following:

1.    This is an action for alleged infringement of a copyright Plaintiff claims in a musical composition.  The Court bifurcated discovery between liability and damages (Doc. 52), the Parties completed the first phase discovery as to liability, and Defendants' Motion for Summary Judgment and Alternative Motion for Partial Summary Judgment (Doc. 71) (the "Motion for Summary Judgment") is fully briefed and currently set for hearing on March 10, 2026, at 8:00 a.m.

2.    Last year and prior to Defendants' filing of their Motion for Summary Judgment, the Parties participated in a mediation that did not result in a settlement. However, earlier this week, the Parties resumed settlement discussions and counsel believe that, with the pending Motion for Summary Judgment, continued discussions may be productive.  However, those discussions cannot be completed before the presently scheduled hearing on Defendants' Motion for Summary Judgment.

3.    Accordingly, in order to provide counsel and the Parties sufficient time to pursue the renewed settlement efforts, they respectfully request that the Court continue the hearing on Defendants' Motion for Summary Judgment by two weeks, or to the next date thereafter available to the Court.

///

///

///

///

///

1

**NOW, THEREFORE,** the Parties respectfully request that the Court enter the accompanying Order continuing the hearing on Defendants' Motion for Summary Judgment to March 24, 2026, or the next date thereafter available to the Court.

<u>**SO STIPULATED**</u>

Dated: March 6, 2026

/s/ Eduardo Martorell
Eduardo Martorell, Esq.
Justin T. Battle, Esq.
MARTORELL LAW APC
Attorneys for Plaintiff
FORMAL ENTERTAINMENT LLC

Dated: March 6, 2026

/s/ Peter Anderson
Peter Anderson, Esq.
Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
PHILIP VON BOCH SCULLY,
MICHAEL LAVELL MCGREGOR,
DAVID DEBRANDON BROWN,
COLE ALAN CITRENBAUM,
ZAIN JAVADD MALIK, and
SONY MUSIC ENTERTAINMENT

<u>**Attestation Regarding Signatures**</u>

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: March 6, 2026

/s/ Peter Anderson
Peter Anderson, Esq.

2