Peter Anderson, Esq. (Cal. Bar No. 88891)
        peteranderson@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
        ericlamm@dwt.com
Alex Cadena, Esq. (Cal Bar No. 352442
        alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
PHILIP VON BOCH SCULLY,
MICHAEL LAVELL MCGREGOR,
DUSTIN ADRIAN BOWIE,
DAVID DEBRANDON BROWN,
COLE ALAN CITRENBAUM,
ZAIN JAVADD MALIK, and
SONY MUSIC ENTERTAINMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| FORMAL ENTERTAINMENT LLC, *etc.*, | ) Case No. 2:23-cv-7888 CBM (SKx) |
| Plaintiff, | ) JOINT NOTICE OF SETTLEMENT |
| vs. | ) |
| ZAIN JAVADD MALIK *etc.*, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

This Notice is submitted to advise the Court that an agreement in principal has been reached between plaintiff Formal Entertainment LLC and defendants Philip Von Boch Scully, Michael Lavell McGregor, Dustin Adrian Bowie, David Debrandon Brown, Cole Alan Citrenbaum, Zain Javadd Malik, and Sony Music Entertainment, for the settlement of this action in its entirety.   The parties anticipate filing a Stipulation for Dismissal of this action within thirty days of this Notice.

Dated: March 31, 2026

/s/ Eduardo Martorell
Eduardo Martorell, Esq.
Justin T. Battle, Esq.
MARTORELL LAW APC
Attorneys for Plaintiff
FORMAL ENTERTAINMENT LLC

Dated: March 31, 2026

/s/ Peter Anderson
Peter Anderson, Esq.
Eric H. Lamm, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
PHILIP VON BOCH SCULLY,
MICHAEL LAVELL MCGREGOR,
DUSTIN ADRIAN BOWIE,
DAVID DEBRANDON BROWN,
COLE ALAN CITRENBAUM,
ZAIN JAVADD MALIK, and
SONY MUSIC ENTERTAINMENT

## Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: March 31, 2026

/s/ Peter Anderson
Peter Anderson, Esq.

1