**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
Evan L. Miller, State Bar No. 336473
EMiller@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for Plaintiff,
FORMAL ENTERTAINMENT LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMAL ENTERTAINMENT LLC, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ZAIN JAVADD MALIK p/k/a ZAYN, an individual; DAVID DEBRANDON BROWN p/k/a LUCKY DAYE, an individual; DUSTIN ADRIAN BOWIE p/k/a DAB, an individual; MICHAEL LAVELL MCGREGOR, an individual; COLE ALAN CITRENBAUM, an individual; PHILIP VON BOCH SCULLY, an individual; SONY MUSIC ENTERTAINMENT, a Delaware General Partnership; and DOES 1 through 100, <br><br> Defendants. | Case No.: 2:23-cv-07888-CBM-SK <br><br> *Hon. Consuelo B. Marshall* <br><br> **PLAINTIFF FORMAL ENTERTAINMENT LLC'S STATUS UPDATE AND REQUEST FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL** |

MARTORELL LAW APC
Litigation & Trial Counsel

## STATUS UPDATE AND REQUEST FOR EXTENSION TO FILE STIPLUATION OF DISMISSAL

The parties to this matter, Plaintiff Formal Entertainment LLC ("Plaintiff" or "Formal Entertainment"), and defendants Philip Von Boch Scully, Michael Lavell McGregor, Dustin Adrian Bowie, David Debrandon Brown, Cole Alan Citrenbaum, Zain Javadd Malik, and Sony Music Entertainment, submitted a Joint Notice of Settlement on March 31, 2026. *See* ECF 83. In response, the Court issued an Order Regarding Settlement (ECF 84), ordering, "the parties shall file either a stipulation re dismissal and order for dismissal, a notice of voluntary dismissal (to the extent permitted under Federal Rule of Civil Procedure 41(a)(l)(A)(i), or a judgment. Failure to timely file a stipulation and order for dismissal, a notice of voluntary dismissal, or a judgment shall result in the dismissal of this action."

The Parties have exchanged proposed versions of a Settlement Agreement and require more time to finalize the proposed Settlement Agreement and obtain its execution. Plaintiff requests a thirty-day extension of the Court's deadline scheduled within Electronic Case Filing Number 84. Defendants' counsel has agreed to the same.

A dismissal of the action without a signed Settlement Agreement would present a catastrophic circumstance for Plaintiff. Therefore, should the Court consider denying the relief requested in any manner, Plaintiff proposes the Court place the matter back on calendar.

Dated: April 30, 2026

**MARTORELL LAW APC**

By: /s/ Eduardo Martorell
Eduardo Martorell
Evan L. Miller
Attorneys for Plaintiff,
FORMAL ENTERTAINMENT LLC

MARTORELL LAW APC
Litigation & Trial Counsel

PLAINTIFF FORMAL ENTERTAINMENT LLC'S STATUS UPDATE AND REQUEST FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL